# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 289 WAL 2016

       Respondent                :

                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

         v.                   :

                                     :

JERMALL E. JOHNSON,             :

             Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.